### HIGGS ag^t SCOTTO etc.

Edward Higgs plaint. ag^t John Scotto and John Jndicott Exec^rs of the last will of Andrew Sheppard Defend^t in an action of the case for not paying the summe of thirty Seven pound one Shilling in mony due from s^d Scotto and Jndicott as Exec^rs aboves^d to the now plaint.

for one third part of a parcell of loggwood that was brought from Treece in the Katch Jndustry Nathan[ll] Man Commander in the month of January. 1675. which was Ship't by Samuel Hawford upon the acco$^t$ of Edw$^d$ Higgs; but andrew Sheppard his order or Exec$^{rs}$ have Sold it and rec$^d$ the mony but yet detains it whereby the plaint. is greatly damnified with all other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court allow$^d$ 9$^s$ 8$^d$